1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  201 Mission Street, Suite 2700
   San Francisco, California  94105
3  Telephone: (415) 348-6000
   Facsimile:  (415) 348-6001
4  Email: jkirsch@gibsonrobb.com

5  Attorneys for Plaintiffs
   KVA ELECTRIC, INC. and
6  GREAT AMERICAN INSURANCE
   COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KVA ELECTRIC, INC., a corporation; and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation;<br><br>Plaintiffs,<br><br>v.<br><br>A.P. MOLLER-MAERSK A/S, trading as MAERSK LINE, a foreign corporation; MAERSK LINE, LIMITED, a corporation; and MAERSK INC., a corporation,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGE TO OCEAN CARGO**<br><br>(Damages in the sum of $22,623.27) |
|---|---|

Plaintiffs' complaint follows:

1.     Plaintiff KVA ELECTRIC, INC. ("KVA ELECTRIC") and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK ("GAIC"), are now, and at all times herein material were, corporations duly organized and existing by virtue of law.  Plaintiff KVA ELECTRIC is a citizen of Washington and was the owner of the hereinafter described cargo. GAIC is a citizen of the state of New York and was the insurer of that cargo.

2.     Plaintiffs are informed and believe, and on the basis of that information and belief allege that, A.P. MOLLER-MAERSK A/S, trading as MAERSK LINE, a foreign corporation;

---
COMPLAINT FOR DAMAGE TO OCEAN CARGO
Case No.:                        ; Our File No. 5475.55

1  MAERSK LINE, LIMITED, a corporation; and MAERSK INC., a corporation and a New York
2  Citizen, (collectively "MAERSK") are now and at all times herein material were engaged in
3  business as a common carriers for hire within the United States and within this judicial district.

4      3.      Plaintiffs' complaint contains a cause of action for damage to cargo arising under
5  a statute of the United States, namely the Carriage of Goods by Sea Act, 46 U.S.C. § 30701 et
6  seq., and is therefore within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as more
7  fully appears herein. Additionally, the Court has admiralty jurisdiction pursuant to 28 U.S.C. §
8  1333. Venue is proper under 28 U.S.C. § 1391(b).

9      4.      This is a cause of action for damage to ocean cargo, and is an admiralty and
10 maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure, as hereinafter
11 more fully appears.

12     5.      Plaintiffs are informed and believe, and on the basis of such information and
13 belief allege that, on or about December 17, 2012, at Newark, New Jersey, defendants received
14 container PONU8115830, and others, containing a shipment of US Embassy Goods for carriage
15 under bills of lading number MAEU5S8914561, and others, issued by and/or on behalf of said
16 defendants. However, MAERSK issued bill of lading number MAEU5S891456 after carriage of
17 the goods was commenced, and mis-described the packaging of the goods and other information
18 about the cargo. MAERSK agreed, under contracts of carriage and in return for good and
19 valuable consideration, to carry said cargo from Newark, New Jersey, to Freetown, Sierra Leone,
20 and there deliver said cargo to the lawful holder of the aforementioned bill of lading, and others,
21 in the same good order, condition, and quantity as when received.

22     6.      Thereafter, in breach of and in violation of said agreements, MAERSK did not
23 deliver said cargo in the same good order, condition, and quantity as when received at New
24 Jersey. To the contrary, MAERSK delivered the cargo in a wet, corroded, and otherwise
25 damaged condition. The depreciation in value of the damaged cargo was $22,623.27.

26     7.      Prior to the shipment of the herein described cargo and prior to any loss thereto,
27 plaintiff GAIC issued its policy of insurance whereby plaintiff GAIC agreed to indemnify KVA
28 ELECTRIC and its assigns, against loss of or damage to said cargo while in transit, including

1 mitigation expenses, and plaintiff GAIC has therefore become obligated to pay, and has paid to
2 the person entitled to payment under said policy the sum of $16,173.27, on account of the herein
3 described loss, excluding KVA ELECTRIC's deductible interest in the sum of $6,450.00.

4     9.     Plaintiffs have therefore been damaged in the sum of $22,623.27, or another
5 amount according to proof at trial, no part of which has been paid, despite demand therefor.

6     WHEREFORE, plaintiffs pray that this Court enter judgment in their favor and against
7 defendants; that this Court decree payment by defendants to plaintiffs in the sum of $22,623.27,
8 together with prejudgment interest thereon and costs of suit herein; and that plaintiffs have such
9 other and further relief as in law and justice they may be entitled to receive.

11 Dated: January 14, 2014                  Respectfully submitted,

12                                              GIBSON ROBB & LINDH LLP

14                                              By: _____
15                                              Joshua E. Kirsch
                                             Attorneys for Plaintiffs
                                             KVA ELECTRIC, INC. and
16                                              GREAT AMERICAN INSURANCE
                                             COMPANY OF NEW YORK